# United States District Court
## Violation Notice

CVB Location Code: **EV47**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7329181 | Oler | L399 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | |
|---|---|---|
| 08/24/2020 1100 | 32 | 1903.10(a) |

**Place of Offense:** 13900 Air and Space Parkway

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Possessing a Weapon without Authorization

### DEFENDANT INFORMATION

Last Name: Green
First Name: Kevin
M.I.: P

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 4925AF | VA | 14 | Ford SRW | | Blk |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Courthouse Square, Alexandria, VA 22314

Date (mm/dd/yyyy): 11/12/2020
Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **08/24**, 20**20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I observed Kevin Green, identified by Virginia Drivers License #T65387291 self report at the Visitors Center, Dulles Discovery Compound, Herndon Virginia that he has his .22 Rifle and ammunition in his vehicle on compound. Mr. Green was not authorized to possess a weapon on the compound or federal property. All information on the front of this violation notice is incorporated by reference herein.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/24/2020**  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 10/13/2020 15:13
CVB SCAN 10/13/2020 15:13