# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>KEVIN P. GREEN )<br>*Defendant* ) | Case No. 1:20-po-1386 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States of America .

Date: 11/10/2020

/s/
*Attorney's signature*

William Reed, Special Assistant U.S. Attorney
*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
*Address*

william.r.reed2@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*