IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:20-po-1386 |
| | ) | Citation No. 7329181 |
| KEVIN P. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The motion of the United States of America to dismiss, without prejudice, citation number 7329181, issued to the Defendant, KEVIN P. GREEN, is hereby granted.

IT IS ORDERED that citation number 7329181, issued to the Defendant, KEVIN P. GREEN, is hereby dismissed without prejudice.

Dated this _____
day of November, 2020
Alexandria, Virginia

_____
United States Magistrate Judge